# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
|---|---|
| v. | CASE NUMBER: 11MJ-7002 |
| JONATHAN RYDER | PRO SE<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1301(1)(a) | DRIVING UNDER THE INFLUENCE | 12/20/2010 | 1 |

Defendant sentenced to level 1 education class; 5 days jail (suspended); 6 months unsupervised probation; 48 hours community service with 2 hours through MADD and defendant shall pay fines and costs by 04-29-2011

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $25.00 | $600.00 | $25.00 |

03/16/2011
Date of Imposition of Judgment

*Signature of Judicial Officer*

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

March 22, 2011
Date